✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Oklahoma

Iza Investments, LLC

V.

Fidelity and Guaranty Insurance Company and St. Paul Fire and Marine Insurance Company

## EXHIBIT AND WITNESS LIST

Case Number: 5:24-CV-000937-JD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JODI W. DISHMAN | LESLEY E. LITTLE | LINDSEY P. BRUNING |
| TRIAL DATE (S) JANUARY 13, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Yasir Ansar c/o Dugas & Circelli, PLLC, 4800 Bryant Irvin Court, Fort Worth, Texas 76107. |
| | | | | | Yasir Ansar is the owner of Plaintiff, Iza Investments, Inc. He is expected to testify about the |
| | | | | | condition of the Property before and after the Loss and his interactions with Defendant's |
| | | | | | representatives during the claims process. |
| 2 | | | | | Bryan Hill, B-Hill Consulting Engineers, 2028 E. Ben White Blvd. Ste. 240-4051, Austin, TX 78741. |
| | | | | | Mr. Hill is a retained expert who is expected to testify regarding his concluscions and opinions as |
| | | | | | identified in his previously produced report and in Plaintiff's Expert Designation. Mr. Hill may also |
| | | | | | testify regarding the conclusions or opinions of Defendant's experts. |
| 3 | | | | | Dallas Kaemmerling, DR Loss Consultants, 1012 Circle Ln., Bedford, Texas 76022. |
| | | | | | Mr. Kaemmerling is a retained expert who is expected to testify regarding his opinions, |
| | | | | | conclusions, and estimates as identified in his previously produced report and in Plaintiff's |
| | | | | | Expert Designation. Mr. Kaemmerling may also testify regarding the opinions or conclusions |
| | | | | | of Defendant's experts. |
| 4 | | | | | Preston J. Dugas III and Lesley E. Little of Dugas & Circelli, PLLC, 4800 Bryant Irvin Court, |
| | | | | | Fort Worth, Texas 76107. |
| | | | | | Mr. Dugas and/or Mr. Little may testify regarding reasonable and necessary attorneys' |
| | | | | | fees incurred by Plaintiff. |
| 5 | | | | | Representatives from Priority Roofing, 1420 W. Mockingbird Ln, Suite 420, Dallas, Texas 75247. |
| | | | | | Priority Roofing representatives may testify regarding the condition of the roofs and exteriors of |
| | | | | | buildings at the Property and necessary repairs and cost of repairs. |
| 6 | | | | | Sonu Ravish, will supplement address. Sonu Ravish may testify regarding the condition of the |
| | | | | | Property before and after the Loss and repairs performed after the Loss. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Iza Investments, LLC | vs. | Fidelity and Guaranty Insurance Company and St. Paul Fire and Marine Insurance Company | CASE NO. 5:24-CV-000937-JD |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7 | | | | | Plaintiff may also call witnesses identified in Defendants' Initial Disclosures including |
| | | | | | Benjamin Overman, Debra Vyncke, Tyler Campbell, Robert Coy Jennings, and Bhavin Shah. |
| | | | | | All of the aforementioned individuals have been identified by Defendants as current or former |
| | | | | | adjusters or supervisors handling Plaintiff's claim. |
| 8 | | | | | Plaintiff may also call experts identified in Defendants' Initial Disclosures including |
| | | | | | Alex Gough and Chris Hickman. |
| 9 | | | | | Jason Peterson, Trademark Exteriors Restoration, 6 NE 52nd St., Oklahoma City, OK 73105. |
| | | | | | Mr. Peterson may testify regarding the condition of the Property before and after the Loss and |
| | | | | | repairs performed after the Loss. |
| 10 | | | | | Any witness needed to authenticate documents. |
| 11 | | | | | Any witness listed by Defendant and not objected to by Plaintiff. |
| | | | | | At the time of filing this Final Witness List, Defendant has not designated Experts. Accordingly, |
| | | | | | Plaintiff may seek to amend the Final Witness List following Defendants' Expert Designations. |
| | | | | | Additionally, Plaintiff and Defendant are currently attempting to resolve discovery disputes. |
| | | | | | Plaintiff may seek to amend the Final Witness List if additional potential witnesses are revealed |
| | | | | | in amended or supplemented discovery responses or through deposition testimony. |
| | | | | | |
| | | | | | EXHIBITS |
| 1 | | | | | Fidelity and Guaranty Insurance Company ("FGIC") Policy BIP 9S197998-22-42 |
| | | | | | (IZA_000086-000157). |
| 2 | | | | | FGIC Notice of Non-Renewal (IZA_000168-000169). |
| 3 | | | | | Photographs (IZA_000454-000593). |
| 4 | | | | | Checks, Receipts, and Invoices (IZA_000594-000726). |
| 5 | | | | | FGIC Letter June 27, 2023 (IZA_000001). |
| 6 | | | | | FGIC Letter February 28, 2024 (IZA_000004-000006). |
| 7 | | | | | FGIC Letter March 7, 2024 (IZA_000010). |
| 8 | | | | | FGIC Letter June 12, 2024 (IZA_000011). |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Iza Investments, LLC | vs. | Fidelity and Guaranty Insurance Company and St Paul Fire and Marine Insurance Company | CASE NO. 5:24-CV-000937-JD |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 9 | | | | | FGIC Letter June 25, 2024 (IZA_000014). |
| 10 | | | | | June 27, 2024 email Justis Ojo to Tyler Campbell (IZA_000017). |
| 11 | | | | | July 16, 2024 email Tyler Campbell to Justis Ojo (IZA_000017). |
| 12 | | | | | August 6, 2024 Letter Ben Overman to Jordan Torry/N. MacArthur Blvd (IZA_000018-000019). |
| 13 | | | | | August 6, 2024 Letter Ben Overman to Jordan Torry/NW 10th Street (IZA_000020-000021). |
| 14 | | | | | FGIC Estimates with photographs (IZA_000022-000085). |
| 15 | | | | | Proof Of Loss (IZA_000314-000315). |
| 16 | | | | | DR Loss Consultants Estimate (IZA_000376-000395). |
| 17 | | | | | Detail Loss Report (IZA_000451-000452). |
| 18 | | | | | St. Paul Fire and Marine Insurance Company (“St. Paul”) Policy BIP 6T511506-22-42 |
| | | | | | (FGL/STP_000001-000148). |
| 19 | | | | | Bryan Hill/B-Hill Consulting Engineers Report and Photographs (HILL_000050-000207). |
| 20 | | | | | Bryan Hill additional documents and photographs (HILL_000001-000049). |
| 21 | | | | | Dallas Kaemmerling/DR Loss Consultants Report and Estimates |
| | | | | | (KAEMMERLING_000001-000040). |
| 22 | | | | | Any exhibits listed by Defendant and not objected to by Plaintiff. |
| | | | | | |
| | | | | | At the time of filing this Exhibit List, Plaintiff and Defendants are attempting to resolve discovery |
| | | | | | issues without the necessity of Court intervention. It is likely that Plaintiff will amend or supplement |
| | | | | | its Exhibit List following additional document production and depositions. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |