# UNITED STATES DISTRICT COURT

Western DISTRICT OF Oklahoma

| Iza Investments, LLC | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Fidelity and Guaranty Insurance Company and St. Paul Fire and Marine Insurance Company | Case Number:  5:24-CV-000937-JD |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JODI W. DISHMAN | LESLEY E. LITTLE | LINDSEY P. BRUNING |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| JANUARY 13, 2026 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Yasir Ansar c/o Dugas & Circelli, PLLC, 4800 Bryant Irvin Court, Fort Worth, Texas 76107. |
| | | | | | Yasir Ansar is the owner of Plaintiff, Iza Investments, Inc. He is expected to testify about the |
| | | | | | condition of the Property before and after the Loss and his interactions with Defendants' |
| | | | | | representatives during the claims process. |
| 2 | | | | | Bryan Hill, B-Hill Consulting Engineers, 2028 E. Ben White Blvd. Ste. 240-4051, Austin, TX 78741. |
| | | | | | Mr. Hill is a retained expert who is expected to testify regarding his concluscions and opinions as |
| | | | | | identified in his previously produced report and in Plaintiff's Expert Designation. Mr. Hill may also |
| | | | | | testify regarding the conclusions or opinions of Defendants' experts. |
| 3 | | | | | Dallas Kaemmerling, DR Loss Consultants, 1012 Circle Ln., Bedford, Texas 76022. |
| | | | | | Mr. Kaemmerling is a retained expert who is expected to testify regarding his opinions, |
| | | | | | conclusions, and estimates  as identified in his previously produced report  and in Plaintiff's |
| | | | | | Expert Designation. Mr. Kaemmerling may also testify regarding the opinions or conclusions |
| | | | | | of Defendant's experts. |
| 4 | | | | | Preston J. Dugas III and Lesley E. Little of Dugas & Circelli, PLLC, 4800 Bryant Irvin Court, |
| | | | | | Fort Worth, Texas 76107. |
| | | | | | Mr. Dugas and/or Mr. Little may testify regarding reasonable and necessary attorneys' |
| | | | | | fees incurred by Plaintiff. |
| 5 | | | | | Representatives from Priority Roofing, 1420 W. Mockingbird Ln, Suite 420,  Dallas, Texas 75247. |
| | | | | | Priority Roofing representatives may testify regarding the condition of the roofs and exteriors of |
| | | | | | buildings at the Property and necessary repairs and cost of repairs. |
| 6 | | | | | Sonu Ravish, will supplement address. Sonu Ravish may testify regarding the condition of the |
| | | | | | Property before and after the Loss and repairs performed after the Loss. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Iza Investments, LLC | vs. | Fidelity and Guaranty Insurance Company and St. Paul Fire and Marine Insurance Company | CASE NO. 5:24-CV-000937-JD |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7 | | | | | James Maxwell Judge 17176 FM 156, Suite #A105 Justin, Texas 76247 |
| | | | | | Knowledge of matterport of Property:   5831-5841 NW 10th Street, Oklahoma, Oklahoma 73127: |
| | | | | | https://my.matterport.com/show/?m=7meDSD33ded |
| | | | | | Mr. Judge's work for 1110 North MacArthur Boulevard, Oklahoma, Oklahoma 73127: |
| | | | | | https://my.matterport.com/show/?m=3MEaNCH1PKw |
| 8 | | | | | Plaintiff may also call witnesses identified in Defendants' Initial Disclosures including Benjamin |
| | | | | | Overman, Debra Vyncke, Tyler Campbell, Robert Coy Jennings, and Bhavin Shah. All of the |
| | | | | | aforementioned individuals have been identified by Defendants as current or former adjusters |
| | | | | | or supervisors handling Plaintiff's claim. |
| 9 | | | | | Plaintiff may also call experts identified in Defendants' Initial Disclosures including Alex Gough and |
| | | | | | Chris Hickman. |
| 10 | | | | | Jason Peterson Trademark Exteriors Restoration 6 NE 52nd St. Oklahoma City, OK 73105. |
| | | | | | Mr. Peterson may testify regarding the condition of the Property before and after the Loss and |
| | | | | | repairs performed after the Loss. |
| 11 | | | | | Any witness needed to authenticate documents. |
| 12 | | | | | Any witness listed by Defendant and not objected to by Plaintiff. |
| | | | | | Plaintiff and Defendants are currently attempting to resolve discovery disputes, and Defendants |
| | | | | | have represented that additional documents will be produced. Plaintiff may seek to amend the |
| | | | | | Final Witness List if additional potential witnesses are revealed in amended or supplemented |
| | | | | | discovery responses or through depositive testimony. |
| | | | | | |
| | | | | | EXHIBITS |
| 1 | | | | | Hill Photo 6 (HILL_000088) |
| 2 | | | | | Hill Photo 5 (HILL_000087) |
| 3 | | | | | Hill Photo 37 (HILL_000103) |
| 4 | | | | | Hill Photo 30 (HILL_000100) |
| 5 | | | | | Hill Photo 31 (HILL_000100) |

Page   2   of   4   Pages

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Iza Investments, LLC | vs. | Fidelity and Guaranty Insurance Company and St Paul Fire and Marine Insurance Company | CASE NO. 5:24-CV-000937-JD |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6 | | | | | Hill Photo 55 (HILL_000112) |
| 7 | | | | | Hill Photo 57 (HILL_000113) |
| 8 | | | | | Hill Photo 76 (HILL_000123) |
| 9 | | | | | Hill Photo 80 (HILL_000125) |
| 10 | | | | | Hill Photo 118 (HILL_000144) |
| 11 | | | | | Hill Photo 125 (HILL_000147) |
| 12 | | | | | Hill Photo 142 (HILL_000156) |
| 13 | | | | | Tornado Events 2/26/23 (HILL_000201) |
| 14 | | | | | Storm Events Database 2/26/23 (HILL_000203) |
| 15 | | | | | Aerial photograph (KAEMMERLING_000039) Photo Only |
| 16 | | | | | Summary sheet of damages February 2023 Pricelist (KAEMMERLING_000039) |
| 17 | | | | | Summary sheet of damages June 2025 Pricelist (KAEMMERLING_000022) |
| 18 | | | | | Bryan Hill/B-Hill Consulting Engineers Report and Photographs (HILL_000050-000207) |
| | | | | | (Only if Defendants' Expert Reports are offered and admitted) |
| 19 | | | | | Dallas Kaemmerling/DR Loss Consultants Report and Estimates |
| | | | | | (KAEMMERLING_000001-000040)  (Only if Defendants' Expert Reports are offered |
| | | | | | and admitted) |
| 20 | | | | | FGIC Notice of Non-Renewal (IZA_000168-000169) |
| 21 | | | | | Photographs (IZA_000454-000593) |
| 22 | | | | | Checks, Receipts, and Invoices (IZA_000594-000726) |
| 23 | | | | | FGIC Letter June 27, 2023 (IZA_000001) |
| 24 | | | | | FGIC Letter February 28, 2024 (IZA_000004-000006) |
| 25 | | | | | FGIC Letter March 7, 2024 (IZA_000010) |
| 26 | | | | | FGIC Letter June 12, 2024 (IZA_000011) |
| 27 | | | | | FGIC Letter June 25, 2024 (IZA_000014) |
| 28 | | | | | June 27, 2024 email Justis Ojo to Tyler Campbell (IZA_000017) |
| 29 | | | | | July 16, 2024 email Tyler Campbell to Justis Ojo (IZA_000017) |

Page __3__ of __4__ Pages

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Iza Investments, LLC | vs. | Fidelity and Guaranty Insurance Company and St. Paul Fire and Marine Insurance Company | CASE NO. 5:24-CV-000937-JD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | | | | Fidelity and Guaranty Insurance Company ("FGIC") Policy BIP 9S197998-22-42 |
| 31 | | | | | St. Paul Fire and Marine Insurance Company ("St. Paul") Policy BIP 6T51 1506-22-42 |
| 32 | | | | | August 6, 2024 Letter Ben Overman to Jordan Torry/N. MacArthur Blvd (IZA_000018-000019). |
| 33 | | | | | August 6, 2024 Letter Ben Overman to Jordan Torry/NW 10th Street (IZA_000020-000021) |
| 34 | | | | | FGIC Estimates with photographs (IZA_000022-000085) |
| 35 | | | | | Proof of Loss (IZA_000314-000315) |
| 36 | | | | | Detail Loss Report (IZA_000451-000452) |
| 37 | | | | | Bryan Hill additional documents and photographs (HILL_000001-000049) |
| 38 | | | | | Defendants' claim files and documents (Not yet produced) |
| 39 | | | | | Defendants' underwriting files and documents (Not yet produced) |
| 40 | | | | | Any exhibits listed by Defendants and objected to by Plaintiff. |
| | | | | | At the time of filing this Exhibit List, Plaintiff and Defendants are attempting to resolve discovery |
| | | | | | issues without the necessity of Court intervention, and Defendants have represented |
| | | | | | that additional documents will be produced. It is likely that Plaintiff will amend or |
| | | | | | supplement its Exhibit List following additional document production and depositions. |

Page ____4____ of ____4____ Pages